<div style="margin-left: 2em;">

1  LATHAM & WATKINS LLP
   James L. Day (Bar No. 197158)
2     Xóchitl D. Arteaga (Bar No. 227034)
   Melanie E. Griswold (Bar No. 234917)
3  505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
4  Telephone: (415) 391-0600
Facsimile: (415) 395-8095
5
Attorneys for Plaintiff,
6  ALFREDO GONZALEZ

7

8                 UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

</div>

| | |
|---|---|
| ALFREDO GONZALEZ,<br><br>      Plaintiff,<br><br>  v.<br><br>P.J. DENT, et al.,<br><br>      Defendants. | CASE NO. CV 04-00107 VRW (PR)<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER GRANTING PLAINTIFF ACCESS TO CONFIDENTIAL ATTORNEY-CLIENT TELEPHONE CALLS**<br><br>The Honorable Vaughn R. Walker |

       Pursuant to Local Rule 7-12, the parties to this matter stipulate, and request of the Court, than an order be entered allowing Plaintiff ~~Alberto~~ Alfredo Gonzalez to make confidential attorney-client telephone calls to his counsel, Latham & Watkins LLP.

       Mr. Gonzalez seeks regular communication with his counsel. All of Mr. Gonzalez's attorneys in this matter are located in San Francisco, which is more than 130 miles from Salinas Valley State Prison ("SVSP") in Soledad, California, where Mr. Gonzalez is incarcerated. *See* Declaration of Seth Morris in Support of Stipulation Granting Plaintiff Access to Confidential Attorney-Client Telephone Calls ("Morris Decl.") at ¶ 2. The geographic distance between Mr. Gonzalez and his counsel makes it difficult to schedule frequent, in-person meetings.

//

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER GRANTING
PLAINTIFF ACCESS TO CONFIDENTIAL ATTORNEY-CLIENT
TELPEHONE CALLS
CASE NO. CV 04-00107 VRW (PR)

Under 15 California Code of Regulations section 3282(g)(1), counsel may request confidential telephone calls with his client. "Where demand for confidential calls seriously burdens institutional operations, the institution head, or his/her designee, shall prioritize confidential calls." *Id.* at 3282(g)(2). On March 19, 2007, counsel for Mr. Gonzalez contacted SVSP and requested that Mr. Gonzalez be permitted a limited number of confidential attorney-client telephone calls with his attorneys. Morris Decl. at ¶ 5; Exhibit A. SVSP denied this request on March 20, 2007. Morris Decl. at ¶ 6; Exhibit B. A SVSP Litigation Coordinator, Enedelia Donelly, indicated that confidential attorney-client phone calls would be permitted if Mr. Gonzalez would first obtain a court order. *Id.* at ¶ 3. Opposing counsel has no objection to Mr. Gonzalez's confidential telephone calls to his counsel, and so stipulates. *Id.* at ¶ 4.

The parties stipulate, and hereby request of the Court, that an order be entered providing plaintiff with access to six, one-hour, confidential telephone calls with his attorneys on the following dates:

- Wednesday, April 11 at 10:00am;
- Friday, April 20 at 10:00am;
- Friday, April 27 at 10:00am;
- Friday, May 11 at 10:00am;
- Friday May 25 at 10:00am; and
- Friday June 1 at 10:00am.

//
//
//
//
//
//
//
//

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFF ACCESS TO CONFIDENTIAL ATTORNEY-CLIENT TELPEHONE CALLS
CASE NO. CV 04-00107 VRW (PR)

04/04/2007 14:12 FAX 925 827 3320    ESM    @002
FROM LATHAM & WATKINS LLP Fax Machine #2    (WED) 4. 4' 07 13:08/ST. 13:07/NO. 4861909431 P 4

1 | It is so stipulated, through counsel of record as indicated below.
2 |
3 | Dated: April 3, 2007                    LATHAM & WATKINS LLP
4 |
5 |
6 |                                          By _____
                                              Xóchitl D. Arteaga,
7 |                                          Attorneys for Plaintiff Alfredo Gonzalez
   | Dated: April 4, 2007                    EDRINGTON, SCHIRMER & MURPHY
8 |
9 |
10 |                                         By _____
                                              Dolores Donohoe,
11 |                                         Attorneys for Defendant P.J. Dent
12 |
13 |
14 |           PURSUANT TO STIPULATION, IT IS SO ORDERED.
15 |
16 | Date: April 6, 2007

IT IS SO ORDERED
/s/ Judge Vaughn R Walker
The Honorable Vaughn R Walker
United States District Judge

SF\603425.3

LATHAM•WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

3    STIPULATION AND [PROPOSED] ORDER GRANTING
     PLAINTIFF ACCESS TO CONFIDENTIAL ATTORNEY-CLIENT
     TELEPHONE CALLS
     CASE NO. CV 04-00107 VRW (PR)