| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| | James L. Day (Bar No. 197158) |
| 2 | Xóchitl D. Arteaga (Bar No. 227034) |
| | Melanie E. Griswold (Bar No. 234917) |
| 3 | Seth R. Morris (Bar No. 244910) |
| | Kateryna L. Rakowsky (Bar No. 246248) |
| 4 | 505 Montgomery Street, Suite 2000 |
| | San Francisco, California 94111-2562 |
| 5 | Telephone: (415) 391-0600 |
| | Facsimile: (415) 395-8095 |
| 6 | |
| | Attorneys for Plaintiff, |
| 7 | ALFREDO GONZALEZ |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| ALFREDO GONZALEZ, | | CASE NO. CV 04-00107 VRW |
| | Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINES AND TO TAKE ADDITIONAL DEPOSITIONS |
| v. | | |
| P.J. DENT, | | The Honorable Vaughn R. Walker |
| | Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, among Plaintiff Alfredo Gonzalez ("Plaintiff") and Defendants P.J. Dent ("Defendant"), through their counsel of record in the above-captioned matter, that good cause exists to continue the following dates, initially set in the Court's Case Management Order of March 3, 2007 and revised in the Court's Minute Order of June 5, 2007:

1. Fact Discovery Cut-Off: From July 27, 2007, to August 17, 2007.

2. Initial Expert Reports: From July 16, 2007, to August 31, 2007.

3.. Rebutal Expert Reports: From August 13, 2007, to September 10, 2007.

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER EXTENDING
DISCOVERY DEADLINES AND FOR ADDITIONAL
DEPOSITIONS
CASE NO. CV 04-00107 VRW

All other dates previously set by the Court's Case Management Order remain unchanged.

It is further stipulated and agreed that that the parties each desire leave of the Court to take an additional five (5) depositions over the ten (10) deposition limit set forth in Federal Rule of Civil Procedure 30(a)(2)(A), for a total of fifteen (15) each.

Good cause exists for this alteration to the schedule and total number of depositions because of ongoing discovery disputes to be resolved at the July 25, 2007 hearing, the number of necessary witnesses, and the resulting protracted nature of the discovery process. It is so stipulated, through counsel of record as indicated below.

Dated: June 25, 2007                 LATHAM & WATKINS LLP


                                     By _____
                                        Melanie E. Griswold,
                                        Attorneys for Plaintiff Alfredo Gonzalez


Dated: June 26, 2007                 EDRINGTON, SCHIRMER & MURPHY


                                     By _____
                                        Dolores Donohoe,
                                        Attorneys for Defendant P.J. Dent

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

                                              STIPULATION AND [PROPOSED] ORDER GRANTING
                                 2            PLAINTIFF ACCESS TO CONFIDENTIAL ATTORNEY-CLIENT
                                              TELPEHONE CALLS
                                              CASE NO. CV 04-00107 VRW

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

1. Fact Discovery Cut-Off is August 17, 2007.
2. Initial Expert Reports are due August 31, 2007.
3. Rebutal Expert Reports are due September 10, 2007.

Date: June 28, 2007

*IT IS SO ORDERED*
[Signature]
Judge Vaughn R Walker
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SF\615630.2

LATHAM•WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

3   STIPULATION AND [PROPOSED] ORDER GRANTING
PLAINTIFF ACCESS TO CONFIDENTIAL ATTORNEY-CLIENT
TELPEHONE CALLS
CASE NO. CV 04-00107 VRW