**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **ALFREDO GONZALEZ,** | No   C  04-0107  VRW |
| Plaintiff, | ORDER |
| v |  |
| **PJ DENT,** |  |
| Defendant. |  |
| _____/ |  |

Plaintiff Alfredo Gonzales requests the court's assistance in resolving a discovery dispute detailed in a letter dated July 2, 2007. Plaintiff requests leave to file a motion to quash.  A number of other discovery disputes and motions filed in this action are set to be heard on July 25, 2007.  Accordingly, the court GRANTS plaintiff leave to file a motion to quash to be heard on July 25, 2007 at 2:00pm, concurrent with the other motions.  The

\\

\\

\\

1  parties may confer on a briefing schedule.  All briefing should be
2  completed on or before July 19, 2007.

5          IT IS SO ORDERED.

8          VAUGHN R WALKER
9          United States District Chief Judge