IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALFREDO GONZALEZ,                         No  C  04-0107  VRW

    Plaintiff,                          ORDER

  v

PJ DENT,

    Defendant.

_____/

The court is in receipt of a letter dated July 3, 2007 from counsel for the California Department of Corrections (CDCR), requesting reconsideration of the July 2, 2007 order granting plaintiff's ex parte request to allow confidential attorney-client telephone calls. The court's July 2, 2007 order is STAYED. Counsel for CDCR is to file a further declaration of Enedelia

\\
\\
\\
\\

1  Donnelly in which she admits or denies the statement in paragraph 3
2  of the Seth Morris Declaration filed herein.  Doc #141.

5          IT IS SO ORDERED.

            _____
9           **VAUGHN R WALKER**
10          **United States District Chief Judge**

United States District Court
For the Northern District of California