```
 1  JAMES L. DAY, ESQ. (197158)
    XOCHITL D. ARTEAGA, ESQ. (227034)
 2  MELANE E. GRISWOLD, ESQ. (234917)
    SETH R. MORRIS, ESQ. (244910)
 3  KATERYNA L. RAKOWSKY, ESQ. (246248)
    LATHAM & WATKINS, LLP
 4  505 Montgomery Street, Suite 2000
    San Francisco, CA 94111-2562
 5  Telephone: (925) 391-0600
    Facsimile:  (925) 395-8095
 6
    Attorneys for Plaintiff,
 7  ALFREDO GONZALEZ

 8

 9  TIMOTHY P. MURPHY, ESQ. (120920)
    DOLORES M. DONOHOE, ESQ. (111432)
10  EDRINGTON, SCHIRMER & MURPHY
    2300 Contra Costa Boulevard, Suite 450
11  Pleasant Hill, CA 94523-3936
    Telephone: (925) 827-3300
12  Facsimile:  (925) 827-3320

13  Attorney for Defendant
    P.J. DENT
14
```

## IN THE UNITED STATE DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ALFREDO GONZALEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>P.J. DENT, T.J. MANTEL, J. MOSS, B. SONDERGARD, S. COPPOCK, A. TRAQUINA POSNER, JOHNSON, LEE, BOWMAN, J.W. LUMAN, G. ZAVALA, B. JIMINEZ, C. LONERO, N. GRANNIS, C. TREHUNE AND (3) JOHN/JANE DOES,<br><br>　　　　Defendants. | CASE NO.: CV 04-0107 VRW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING VACATING PRETRIAL AND TRIAL DATES** |

1

STIPULATION AND [PROPOSED] ORDER REGARDING VACATING PRETRIAL AND TRIAL DATES

SF\623576.1

Pursuant to N.D. Cal. Civil L.R. 6-2, Plaintiff ALFREDO GONZALEZ and Defendant P.J. DENT, by and through their respective counsel of record, hereby stipulate and request as follows:

1. On March 1, 2007, this Court issued a Case Management Order setting various pretrial deadlines and a trial date. Included among these dates, the Court set the Joint Pretrial Conference for September 18, 2007. Trial was set for October 22, 2007.

2. On or about August 17, 2007, the parties to this action agreed to settle this case and are working toward incorporating their agreement into a final written agreement.

3. The settlement agreement covers all claims pending in this action and eliminates the need for the Court to resolve any issues in this case.

4. Because the Plaintiff, MR. GONZALEZ, is currently incarcerated in Salinas Valley State Prison and because any payment under the settlement agreement will be from a third-party, the California Department of Corrections and Rehabilitation ("CDCR"), the parties' agreement provides CDCR ninety days to satisfy payment obligations outlined by the agreement after receipt of the completed Payee Data Record, executed Agreement, the executed Dismissal and the passage of the state budget for fiscal year 2007-2008, whichever is later.

5. To avoid missing any of the Court's pretrial deadlines, the parties have agreed to vacate the pretrial deadlines and trial date as set forth in the Court's March 1, 2007, Case Management Order.

6. Once payment has been received according to the terms of the settlement agreement, counsel for Defendant will file a stipulation to dismiss this action with prejudice.

7. The parties have only requested one previous modification of the Case Management Order, which was to extend certain discovery deadlines (see Docket 143). The parties have not requested any modifications or extensions related to the pretrial or trial order.

///

///

2

STIPULATION AND [PROPOSED] ORDER REGARDING VACATING PRETRIAL AND TRIAL DATES

SF\623576.1

SO STIPULATED.

Dated:                                                         LATHAM & WATKINS, LLP

                                                                    /s/
                                                               ─────────────────────────
                                                               Xóchitl D. Arteaga, Esq.
                                                               Attorney for Plaintiff,
                                                               ALFREDO GONZALEZ

Dated:                                                         EDRINGTON, SCHIRMER & MURPHY

                                                                    /s/
                                                               ─────────────────────────
                                                               Dolores M. Donohoe, Esq.
                                                               Attorney for Defendant,
                                                               P.J. DENT

### ECF CERTIFICATION

Pursuant to General Order No. 45, Sections X.B., the filing attorney attests that she has obtained concurrence regarding the filing of this document from each of the signatories to the document.

### PURSUANT TO STIPULATION, IT IS ORDERED THAT:

On stipulation of the parties, and good cause appearing therefor, it is hereby ordered that all pretrial deadlines and the trial date in this action are **VACATED.**

Dated: August 28, 2007

                                                               ─────────────────────────
                                                               HON. VAUGHN R. WALKER
                                                               UNITED STATES DISTRICT JUDGE

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Vaughn R Walker]

3

STIPULATION AND [PROPOSED] ORDER REGARDING VACATING PRETRIAL AND TRIAL DATES

SF\623576.1