| | |
|---|---|
| 1 | LATHAM & WATKINS, LLP |
| | JAMES L. DAY, ESQ. (197158) |
| 2 | 505 Montgomery Street, Suite 2000 |
| | San Francisco, CA 94111-6538 |
| 3 | Telephone: (415) 391-0600 |
| | Facsimile: (415) 395-8095 |
| 4 | |
| | Attorneys for Plaintiff |
| 5 | ALFREDO GONZALEZ |
| 6 | |
| | EDRINGTON, SCHIRMER & MURPHY |
| 7 | TIMOTHY P. MURPHY, ESQ. (120920) |
| | DOLORES M. DONOHOE, ESQ. (111432) |
| 8 | 2300 Contra Costa Boulevard, Suite 450 |
| | Pleasant Hill, CA 94523-3936 |
| 9 | Telephone: (925) 827-3300 |
| | Facsimile: (925) 827-3320 |
| 10 | |
| | Attorney for Defendant |
| 11 | P.J. DENT |

IN THE UNITED STATE DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| ALFREDO GONZALEZ, | ) | CASE NO.: CV 04-0107 VRW |
| | ) | |
| Plaintiff, | ) | **STIPULATION OF DISMISSAL AND** |
| | ) | **[PROPOSED] ORDER** |
| v. | ) | |
| | ) | |
| P.J. DENT, T.J. MANTEL, J. MOSS, B. | ) | |
| SONDERGARD, S. COPPOCK, A. TRAQUINA | ) | |
| POSNER, JOHNSON, LEE, BOWMAN, J.W. | ) | |
| LUMAN, G. ZAVALA, B. JIMINEZ, C. | ) | |
| LONERO, N. GRANNIS, C. TREHUNE AND | ) | |
| (3) JOHN/JANE DOES, | ) | |
| | ) | |
| Defendants. | ) | |

WHEREAS all parties to this action, namely, Plaintiff, ALFREDO GONZALEZ and Defendant P.J. DENT (the "Settling Parties'), have reached a mutual and amicable settlement and have entered into a separate agreement for settlement of this action, the terms of which are set forth in writing in the "Settlement Agreement and Full and Final Release of all Claims" ("the

1 | Settlement Agreement"), to fully and finally resolve all matters relating to this action without
2 | trial;

3 |     WHEREAS the Settlement Agreement covers all the claims in this action;

4 |     WHEREAS the Settling Parties agree to pay their own attorney fees and costs;

5 |     WHEREAS there are no further issues for the Court to resolve; and

6 |     WHEREAS the Settling Parties have agreed that the Court should retain jurisdiction for
7 | the purpose of enforcing the terms of the Settlement Agreement,

8 |     NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

9 |     1.    This action, including each of Plaintiff's causes of action set out in Plaintiff's Complaint, shall be dismissed with prejudice, with each party to bear its own attorney fees and costs.

12 |     2.    The Court shall retain jurisdiction to enforce the terms of the Settling Parties' Settlement Agreement.

14 | SO STIPULATED.

15 | Pursuant to General Order 45 §X(B), counsel for Plaintiff attests that concurrence in the filing of the document has been obtained from the other signatories of this document.

18 | Dated: April 2, 2008     LATHAM & WATKINS, LLP

By____/s/ *James L. Day*____
James L. Day
Attorney for Plaintiff,
ALFREDO GONZALEZ

Dated: April 2, 2008     EDRINGTON, SCHIRMER & MURPHY

By____/s/ *Dolores M. Donohoe*____
Dolores M. Donohoe
Attorney for Defendant,
P.J. DENT

STIPULATION OF DISMISSAL
AND [PROPOSED] ORDER
Case No. CV 04-0107 VRW

1

|   |   |
|---|---|
| 1 | **ORDER** |
| 2 | PURSUANT TO STIPULATION, IT IS SO ORDERED. |
| 3 |   |
| 4 | Dated: ___April 4___, 2008     _[signature]_ |
| 5 | The Honorable Vaughn R. Walker<br>United States District Judge |

STIPULATION OF DISMISSAL
AND [PROPOSED] ORDER
Case No. CV 04-0107 VRW

2